William M. Huse, Esq.  (IN #31622-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  whuse@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DELMAR COLE,<br>　　　　　Plaintiff,<br><br>　vs.<br><br>NATIONSTAR MORTGAGE, LLC;<br>TRANSUNION, LLC; and DOES 1 THROUGH 100, INCLUSIVE;<br>　　　　　Defendants. | CASE NO. 4:17-cv-00342-WHA<br><br>**JOINT NOTICE OF SETTLEMENT** |

　　　　Plaintiff, Delmar Cole, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby informs this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action. Accordingly, Trans Union does not intend to participate in the Initial Case Management Conference, currently scheduled for April 27, 2017, at 11:00 a.m. (PDT), unless directed to do so by the Court.

**JOINT NOTICE OF SETTLEMENT – 4:17-CV-00342-WHA**

Plaintiff and Trans Union anticipate filing a Stipulation Of Dismissal With Prejudice and Proposed Order shortly, once the settlement is consummated.

Respectfully submitted,

Date:  March 30, 2017

*s/Joseph B. Angelo (w/ consent)*
Scott J. Sagaria, Esq.
Elliot W. Gale, Esq.
Joseph B. Angelo, Esq.
Scott M. Johnson, Esq.
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Telephone:  (408) 279-2288
Fax:  (408) 279-2299
E-Mail:  sjsagaria@sagarialaw.com
egale@sagarialaw.com
jangelo@sagarialaw.com
sjohnson@sagarialaw.com

*Counsel for Plaintiff, Delmar Cole*

**JOINT NOTICE OF SETTLEMENT – 4:17-CV-00342-WHA**

| | |
|---|---|
| 1 | |
| 2   Date:  March 31, 2017 | s/ William M. Huse |
| 3 | William M. Huse, Esq.  (IN #31622-49) |
|   | (admitted *Pro Hac Vice*) |
|   | Schuckit & Associates, P.C. |
|   | 4545 Northwestern Drive |
|   | Zionsville, IN  46077 |
|   | Telephone:  317-363-2400 |
|   | Fax:  317-363-2257 |
|   | E-Mail:  whuse@schuckitlaw.com |
|   | |
|   | *Lead Counsel for Defendant Trans Union, LLC* |
|   | |
|   | David Streza, Esq. (CSB #209353) |
|   | Vogl Meredith Burke LLP |
|   | 456 Montgomery Street, 20th Floor |
|   | San Francisco, CA  94104 |
|   | Telephone:  415-398-0200 |
|   | Fax:  415-398-2820 |
|   | E-Mail:  dstreza@vmbllp.com |
|   | |
|   | *Local Counsel for Defendant Trans Union, LLC* |
|   | |
|   | *Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.* |

**JOINT NOTICE OF SETTLEMENT – 4:17-CV-00342-WHA**