SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELMAR COLE,<br><br>                    Plaintiff,<br><br>      v.<br><br>TRANSUNION, INC, et al.,<br><br>                    Defendants. | Case No.: 3:17-cv-00342-WHA<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT NATIONSTAR MORTGAGE LLC |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Delmar Cole and defendant Nationstar Mortgage LLC by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties believe the settlement will be finalized within 30 days and will request dismissal of this action.

                                                                  **Sagaria Law, P.C.**

Dated:   May 17, 2017           By:    /s/ *Elliot Gale*
                                                                  Elliot Gale
                                                                  Attorneys for Plaintiff

NOTICE OF SETTLEMENT WITH DEFENDANT NATIONSTAR MORTGAGE LLC -1-

|   |   |   |   |
|---|---|---|---|
| | | | **Severson & Werson, APC** |
| Dated: | May 17, 2017 | By: | /s/ *Alisa Alexandra Givental* |
| | | | Alisa Alexandra Givental |
| | | | Attorneys for Defendant |
| | | | Nationstar Mortgage LLC |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Alisa Alexandra Givental has concurred in this filing.

*/s/ Elliot Gale*