1  SCOTT J. SAGARIA (SBN 217981)
   sjsagaria@sagarialaw.com
2  ELLIOT W. GALE (SBN 263326)
   egale@sagarialaw.com
3  JOE ANGELO (SBN 268542)
   jangelo@sagarialaw.com
4  **SAGARIA LAW, P.C.**
   3017 Douglas Blvd., Ste. 100
5  Roseville, CA 95661
   408-279-2288 ph:
6  408-279-2299 fax

7  Attorneys for Plaintiff
   Delmar Cole
8

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| DELMAR COLE, | Case No.: 3:17-CV-00342-WHA |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT NATIONSTAR MORTGAGE LLC; ~~PROPOSED~~ ORDER |
| v. | |
| TRANSUNION, LLC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Delmar Cole and defendant Nationstar Mortgage LLC, that Nationstar Mortgage LLC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

STIPULATION TO DISMISS DEFENDANT NATIONSTAR MORTGAGE LLC; ~~PROPOSED~~ ORDER - 1

DATED: July 24, 2017    Sagaria Law, P.C.

By: _____/s/ Elliot W. Gale_____
Elliot W. Gale
Attorneys for Plaintiff
Delmar Cole

DATED: July 24, 2017    Severson & Werson, APC

By: _____/s/ Alisa Givental_____
Alisa Givental
Attorneys for Defendant
Nationstar Mortgage LLC

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alisa Givental has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Nationstar Mortgage LLC is dismissed with prejudice and ~~that~~ each party shall bear its own attorneys' fees and costs.  This dismissal is with prejudice as to plaintiff's claims only (i.e., without prejudice to any potential cross-claims that might possibly be asserted later by co-defendants against Nationstar).

IT IS SO ORDERED.

DATED: September 13, 2017.    _____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED — Judge William Alsup*

STIPULATION TO DISMISS DEFENDANT NATIONSTAR MORTGAGE LLC; [PROPOSED] ORDER - 2